both cases is whether the trial justice erred in ruling that the plaintiffs attempted to enforce their liens too late under the terms of § 34–28–10.

After reviewing the memoranda submitted by the parties and hearing their counsel in oral argument, it is the conclusion of this court that cause has not been shown. We are of the opinion that the plaintiffs failed to comply with the statutory time requirements and therefore summary judgment was properly entered against them. Both plaintiffs failed to file their petitions to enforce within 120 days of the date they ended their work on the site, the event which "first occurred" under the terms of § 34–28–10.

For these reasons the plaintiffs appeals are denied and dismissed, the judgments appealed from are affirmed and the papers of the cases are remanded to the Superior Court.

## ORDER

This case came before this court on March 10, 1992, pursuant to a petition for the issuance of a writ of certiorari. The writ of certiorari challenges a Superior Court justice's order granting a motion for a protective order by Maurice C. Paradis, director of the Rhode Island Department of Business Regulation, precluding the petitioner, National Council on Compensation Insurance, from deposing him.

After consideration of arguments and memoranda of counsel, the court is of the opinion that there is no demonstration of good cause supporting the trial justice's issuance of the protective order. Because issuing the order was an abuse of discretion, we therefore reverse the trial court's decision.

The petition for writ of certiorari is granted. The protective order is quashed, and this case is remanded for further proceedings consistent with this order.

---

NATIONAL COUNCIL ON
COMPENSATION
INSURANCE

v.

Maurice C. PARADIS.

No. 91–664–M.P.

Supreme Court of Rhode Island.

March 16, 1992.

Paul Sanford, Amelia Edwards, Stephen Lichatin, III, Providence, for petitioner.

Patricia Rocha, Robert E. Ligouri, Michael McCann, Dept. of Business Regulation, Maureen Glynn, Sp. Asst. Atty. Gen., Ellen Evans Alexander, Sp. Asst. Atty. Gen., Providence, for respondent.

---

Joanne COPPOTELLI

v.

BREWER YACHT YARD et al.

Joanne COPPOTELLI

v.

BREWER YACHT YARD
AT COWESETT.

Nos. 91–312–Appeal, 91–318–Appeal.

Supreme Court of Rhode Island.

March 13, 1992.

John M. Verdecchia, Providence, for plaintiff.

David Oliveira, Westerly, Michael J. Gardiner, Providence, for defendant.